AO279,BERRY,CASREF,TERMED

## United States District Court
## Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9) (Chicago)
## CIVIL DOCKET FOR CASE #: 1:26–cv–03926

Valtrus Innovations Limited, et al. v. CoreSite, LLC
Assigned to: Honorable Jorge L. Alonso
Referred to: Honorable Albert Berry, III
Cause: 35:271 Patent Infringement

Date Filed: 04/08/2026
Date Terminated: 08/07/2026
Jury Demand: Both
Nature of Suit: 830 Patent
Jurisdiction: Federal Question

**Plaintiff**

**Valtrus Innovations Limited**

represented by **Matthew Berkowitz**
Reichman Jorgensen Lehman & Feldberg LLP
100 Marine Parkway
Suite 300
Redwood Shores, CA 94065
650–623–1401
Fax: 650–560–3501
Email: mberkowitz@reichmanjorgensen.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Connor Houghton**
Reichman Jorgensen Lehman & Feldberg LLP
1909 K Street NW
Suite 800
Washington, DC 20006
(202) 894–7315
Fax: Not a member
Email: choughton@reichmanjorgensen.com
*ATTORNEY TO BE NOTICED*

**Patrick Colsher**
Reichman Jorgensen Lehman & Feldberg LLP
650 Fifth Ave
Suite 2320
10019
New York, NY 10017
650–623–1423
Email: pcolsher@reichmanjorgensen.com
*ATTORNEY TO BE NOTICED*

**Sean Michael McCarthy**
Reichman, Jorgensen, Lehman, & Feldberg LLP
Intellectual Property
650 Fifth Avenue
Suite 2320
New York, NY 10019
650–623–5077
Fax: Not a member
Email: smccarthy@reichmanjorgensen.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Key Patent Innovations Limited**                    represented by   **Matthew Berkowitz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Connor Houghton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Patrick Colsher**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sean Michael McCarthy**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**CoreSite, LLC**                    represented by   **Bill Trac**
O'Melveny & Myers LLP
2 Embarcadero Center
28th Floor
San Francisco, CA 94111
(415) 984–8700
Fax: Pro Hac Vice
Email: btrac@omm.com
*ATTORNEY TO BE NOTICED*

**Daniel Joseph Tully**
O'melveny & Myers Llp
400 South Hope Street
Suite 1900
Los Angeles, CA 90071
(213) 430–6000
Fax: Not a member
Email: dtully@omm.com
*TERMINATED: 06/17/2026*

**Eric T Ong**
O'Melveny & Myers LLP
2 Embarcadero Center
28th Floor
San Francisco, CA 94111
(415) 984–8700
Fax: Pro Hac Vice
Email: eong@omm.com
*ATTORNEY TO BE NOTICED*

**Luann L Simmons**

O'Melveny & Myers LLP
2 Embarcadero Center
28th Floor
San Francisco, CA 94111
(415) 984–8700
Fax: Pro Hac Vice
Email: lsimmons@omm.com
*ATTORNEY TO BE NOTICED*

**Runkun Jiang**
O'Melveny & Myers
610 Newport Center Dr.
17th Floor
Newport Beach, CA 92660
(949) 823–7938
Fax: Pro Hac Vice
Email: jjiang@omm.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/08/2026 | Ï 1 | COMPLAINT filed by Valtrus Innovations Limited, Key Patent Innovations Limited; Jury Demand. Filing fee $ 405, receipt number AILNDC–24956232. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13)(Berkowitz, Matthew) (Entered: 04/08/2026) |
| 04/08/2026 | Ï 2 | CIVIL Cover Sheet (Berkowitz, Matthew) (Entered: 04/08/2026) |
| 04/08/2026 | Ï 3 | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by Key Patent Innovations Limited, Valtrus Innovations Limited (Berkowitz, Matthew) (Entered: 04/08/2026) |
| 04/08/2026 | Ï 4 | Notice of Claim by Key Patent Innovations Limited, Valtrus Innovations Limited (Berkowitz, Matthew) (Entered: 04/08/2026) |
| 04/08/2026 | Ï 5 | ATTORNEY Appearance for Plaintiffs Key Patent Innovations Limited, Valtrus Innovations Limited by Matthew Berkowitz (Berkowitz, Matthew) (Entered: 04/08/2026) |
| 04/08/2026 | Ï 6 | ATTORNEY Appearance for Plaintiffs Key Patent Innovations Limited, Valtrus Innovations Limited by Patrick Colsher (Colsher, Patrick) (Entered: 04/08/2026) |
| 04/08/2026 | Ï 7 | ATTORNEY Appearance for Plaintiffs Key Patent Innovations Limited, Valtrus Innovations Limited by Connor Houghton (Houghton, Connor) (Entered: 04/08/2026) |
| 04/08/2026 | Ï 8 | ATTORNEY Appearance for Plaintiffs Key Patent Innovations Limited, Valtrus Innovations Limited by Sean Michael McCarthy (McCarthy, Sean) (Entered: 04/08/2026) |
| 04/09/2026 | Ï | CASE ASSIGNED to the Honorable Jorge L. Alonso. Designated as Magistrate Judge the Honorable Albert Berry, III. Case assignment: Random assignment. (Civil Category 1). (cvk, ) (Entered: 04/09/2026) |
| 04/09/2026 | Ï | CLERK'S NOTICE: Pursuant to Local Rule 73.1(b), a United States Magistrate Judge of this court is available to conduct all proceedings in this civil action. If all parties consent to have the currently assigned United States Magistrate Judge conduct all proceedings in this case, including trial, the entry of final judgment, and all post–trial proceedings, all parties must sign their names on the attached Consent To form. This consent form is eligible for filing only if executed by all parties. |

| | | |
|---|---|---|
| | | The parties can also express their consent to jurisdiction by a magistrate judge in any joint filing, including the Joint Initial Status Report or proposed Case Management Order. (cvk, ) (Entered: 04/09/2026) |
| 04/09/2026 | Ï 9 | MAILED patent report to Patent Trademark Office, Alexandria VA. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit, # 9 Exhibit, # 10 Exhibit, # 11 Exhibit, # 12 Exhibit, # 13 Exhibit) (rc, ) (Entered: 04/09/2026) |
| 04/09/2026 | Ï 12 | SUMMONS Issued (Court Participant) as to Defendant CoreSite, LLC (axm, ) (Entered: 04/09/2026) |
| 04/17/2026 | Ï 13 | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by Key Patent Innovations Limited, Valtrus Innovations Limited *Amended* (Berkowitz, Matthew) (Entered: 04/17/2026) |
| 04/17/2026 | Ï 14 | SUMMONS Returned Executed by Valtrus Innovations Limited, Key Patent Innovations Limited as to CoreSite, LLC on 4/10/2026, answer due 5/1/2026. (Berkowitz, Matthew) (Entered: 04/17/2026) |
| 04/30/2026 | Ï 24 | MOTION by Plaintiff Valtrus Innovations LTD.'s and Keey Patent Innovations LTD.'s for transfer of actions and consolidation pursuant to 28 U.S.C. 1407. (Exhibits) (Received by mail in the Clerk's Office on 04/30/2026) (Received for Docketing 05/29/2026)<br><br>(rc, ) (Entered: 05/29/2026) |
| 05/01/2026 | Ï 15 | ATTORNEY Appearance for Defendant CoreSite, LLC by Daniel Joseph Tully (Tully, Daniel) (Entered: 05/01/2026) |
| 05/01/2026 | Ï 16 | MOTION by Defendant CoreSite, LLC for extension of time to file answer regarding complaint, 1<br><br>(Tully, Daniel) (Entered: 05/01/2026) |
| 05/01/2026 | Ï 17 | NOTICE of Motion by Daniel Joseph Tully for presentment of motion for extension of time to file answer 16 before Honorable Jorge L. Alonso on 6/2/2026 at 09:30 AM. (Tully, Daniel) (Entered: 05/01/2026) |
| 05/01/2026 | Ï 18 | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by CoreSite, LLC */ Corporate Disclosure Statement* (Tully, Daniel) (Entered: 05/01/2026) |
| 05/04/2026 | Ï 19 | MOTION for Leave to Appear Pro Hac Vice on behalf of CoreSite, LLC by Bill Trac; Filing fee $ 150, receipt number AILNDC–25066298.<br><br>(Trac, Bill) (Entered: 05/04/2026) |
| 05/04/2026 | Ï 20 | MOTION for Leave to Appear Pro Hac Vice on behalf of CoreSite, LLC by Luann L Simmons; Filing fee $ 150, receipt number AILNDC–25069238.<br><br>(Simmons, Luann) (Entered: 05/04/2026) |
| 05/04/2026 | Ï 21 | MOTION for Leave to Appear Pro Hac Vice on behalf of CoreSite, LLC by Eric T Ong; Filing fee $ 150, receipt number AILNDC–25069437.<br><br>(Ong, Eric) (Entered: 05/04/2026) |
| 05/11/2026 | Ï 22 | MINUTE entry before the Honorable Jorge L. Alonso: Defendant's Unopposed Motion for extension of time to answer or otherwise plead 16 is granted to 6/15/26. Defendant's Motions to appear pro hac vice 19 , 20 and 21 are granted. Motion hearing date of 6/2/26 is stricken. Telephonic status hearing set for 6/23/26 at 9:30 a.m. The parties are directed to file a joint status report by 6/18/26. Members of the public and media will be able to call in to listen to this hearing. The call–in number is 650–479–3207 and the access code is 1804010308. Persons granted remote |

| | | access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Notice mailed by Judge's staff (lf, ) (Entered: 05/11/2026) |
|---|---|---|
| 05/26/2026 | Ï 23 | MOTION by Attorney Daniel J. Tully to withdraw as attorney for CoreSite, LLC. No party information provided<br><br>(Tully, Daniel) (Entered: 05/26/2026) |
| 06/12/2026 | Ï 25 | MOTION by Defendant CoreSite, LLC for extension of time to file answer *regarding complaint*<br><br>(Simmons, Luann) (Entered: 06/12/2026) |
| 06/17/2026 | Ï 26 | MINUTE entry before the Honorable Jorge L. Alonso: Defendant's Unopposed Motion for withdrawal of counsel 23 is granted. Attorney Daniel Joseph Tully is given leave to withdraw as counsel for Defendant. Notice mailed by Judge's staff (lf, ) (Entered: 06/17/2026) |
| 06/18/2026 | Ï 27 | ANSWER to Complaint with Jury Demand by CoreSite, LLC(Simmons, Luann) (Entered: 06/18/2026) |
| 06/18/2026 | Ï 28 | MINUTE entry before the Honorable Jorge L. Alonso: Defendant's motion for extension of time to file answer 25 is denied as moot. Parties are reminded that all motions are to be noticed for a hearing. Notice mailed by Judge's staff (lf, ) (Entered: 06/18/2026) |
| 06/18/2026 | Ï 29 | STATUS Report *Joint* by Key Patent Innovations Limited, Valtrus Innovations Limited<br><br>(Berkowitz, Matthew) (Entered: 06/18/2026) |
| 06/22/2026 | Ï 30 | MINUTE entry before the Honorable Jorge L. Alonso:The Court is in receipt of the Joint Status Report 29 and grants the joint request for an extension of time. The 6/23/26 Status Hearing is stricken and reset to 7/23/26 at 9:30 A.M.. The parties are directed to file a joint status report by 7/20/26. Members of the public and media will be able to call in to listen to this hearing. The call–in number is 650–479–3207 and the access code is 1804010308. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Notice mailed by Judge's staff (lf, ) (Entered: 06/22/2026) |
| 07/20/2026 | Ï 31 | STATUS Report by Key Patent Innovations Limited, Valtrus Innovations Limited<br><br>(Berkowitz, Matthew) (Entered: 07/20/2026) |
| 07/22/2026 | Ï 32 | MINUTE entry before the Honorable Jorge L. Alonso: The Court is in receipt of the parties' joint status report 31 in which they agree to proceed with discovery under the Local Patent Rules, without modification at this time. The parties' Rule 26(a)(1) disclosures shall be served by 8/20/2026 in order to accommodate an anticipated ruling by the JPML that may affect this case. All fact discovery shall be served in time to be completed by 4/23/27. The deadline for joinder of parties and amendment of pleadings is10/9/26. This case is referred to the magistrate judge for supervision of discovery with the authority to set and extend deadlines and a settlement conference. The 7/23/26 hearing date is stricken. Notice mailed by Judge's staff (lf, ) (Entered: 07/22/2026) |
| 07/22/2026 | Ï 33 | Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Honorable Albert Berry, III for the purpose of holding proceedings related to: discovery supervision; settlement conference. (lf, )Notice mailed by Judge's staff. (Entered: 07/22/2026) |

| | | |
|---|---|---|
| 07/23/2026 | Ï 34 | MINUTE entry before the Honorable Albert Berry III: This case has been referred to Judge Berry III for discovery supervision and settlement [ 32 , 33 ]. The Court adopts the schedule set by the District Judge 32 . A video status conference is set for 8/4/26 at 11:00 a.m. Instructions will be emailed to counsel. Members of the public and media will be able to call in to listen to this hearing. Call (855)–244–8681, access code 2316 863 7794#. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Emailed notice (yt) (Entered: 07/23/2026) |
| 07/23/2026 | Ï 35 | MOTION for Leave to Appear Pro Hac Vice on behalf of CoreSite, LLC by Runkun Jiang; Filing fee $ 150, receipt number AILNDC–25427986.<br><br>Presented before Magistrate Judge<br><br>(Jiang, Runkun) (Entered: 07/23/2026) |
| 07/24/2026 | Ï 36 | MINUTE entry before the Honorable Jorge L. Alonso: Defendant's Motion for leave to appear pro hac vice 35 is granted. Attorney Runkun Jiang is given leave to file an appearance on behalf of Defendant. Notice mailed by Judge's staff (lf, ) (Entered: 07/24/2026) |
| 08/04/2026 | Ï 37 | MINUTE entry before the Honorable Albert Berry III: On the Court's own motion, the initial video status conference set for today is stricken and rescheduled for 8/25/26 at 10:30am. Call–in information remains the same as in dkt. 34 . Emailed notice (yt) (Entered: 08/04/2026) |
| 08/07/2026 | Ï 38 | CONDITIONAL TRANSFER ORDER from MDL Panel transferring case to USDC Eastern District of Texas. (rc, ) (Entered: 08/10/2026) |
| 08/07/2026 | Ï | Civil Case Terminated pursuant to MDL 3190 Conditional Transfer Order filed 08/07/2026. (rc, ) (Entered: 08/10/2026) |
| 08/10/2026 | Ï 39 | TRANSFERRED to the USDC Eastern District of Texas the electronic record. (rc, ) (Entered: 08/10/2026) |